UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MOSES PERL,

                Plaintiff,                    12 **CIVIL** 4380 (ER)

     -against-                             **JUDGMENT**

AMERICAN EXPRESS

                Defendant.
-----------------------------------------------------------X

Whereas the above entitled action having been assigned to the Honorable Edgardo Ramos, U.S.D.J., and thereafter the Court having issued an Opinion and Order, dated July 9, 2012, dismissing the Complaint in its entirety, without prejudice, and with leave to re-plead within 30 days of the date of the Order, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order the Complaint is dismissed without prejudice and with leave to re-plead within 30 days of the date of the Order; accordingly, the case is closed.

**Dated:** White Plains, New York
        July 10, 2012

                                                      RUBY J. KRAJICK
                                                       Clerk of Court